# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN, | : | |
| Plaintiff, | : | CASE NO. 1:17-CV-03518 |
| vs. | : | CIVIL ACTION |
| GIM TRANSPORT, INC., an Illinois Corporation, | : | |
| Defendant. | : | |

## MOTION FOR AN ORDER FOR DEFAULT JUDGMENT

The undersigned applies to the above-named Court, at the Courthouse before the Honorable Andrea R. Wood, U.S.D.J. at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 on Tuesday, July 25, 2017, at 9:00 a.m. in Courtroom 1925, for an Order of Default Judgment against defendant, GIM TRANSPORT, INC., an Illinois LLC.

In support of this motion, the undersigned shall rely on the attached Certification in support of motion for entry of order for Default Judgment against **GIM TRASPORT, INC.**, an Illinois Corporation, in favor of Plaintiff **ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN**. in the sum of **$5,450.00**.

Dated: July 10, 2017.

CAPEHART & SCATCHARD, P.A.
A Professional Corporation
Attorneys for Illinois Central Railroad
Company, d/b/a CN

By:  s/ John K. Fiorilla
John K. Fiorilla, Esq.  #6463
8000 Midlantic Drive, Suite 300 S
Mount Laurel, N.J.  08054
Tel:  (856) 914-2054
Fax: (856) 235-2786
jfiorilla@capehart.com

1

5158832.doc

Richard M. Kates, Esq. (#1411438)
Attorney for Wisconsin Central Ltd.
111 W. Washington Street – Suite 1900
Chicago IL 60602
Tel: (312) 236-0267